IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

HOLOPAW HOMEOWNERS, INC.,
A FLORIDA CORPORATION,

      Appellant,

  v.

Case No.  5D21-2711
LT Case No. 2019-CA-2215-CI

WASTE CONNECTIONS OF OSCEOLA,
LLC F/K/A OMNI WASTE, LLC,
A FLORIDA LIMITED LIABILITY COMPANY,

      Appellee.
_____/

Decision filed May 31, 2022

Appeal from the Circuit Court
for Osceola County,
Robert J. Egan, Judge.

Brian M. Mark, of Brian Michael
Mark, PA, Kissimmee, for Appellant.

James M. Talley, of Baker,
Donelson, Bearman, Caldwell &
Berkowitz, P.C., Orlando, for
Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, EDWARDS and TRAVER, JJ., concur.